**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| MYSCRIPT SAS, | § | |
| *Plaintiff*, | § | |
| v. | § | Case No. 2:25-cv-00532-JRG-RSP |
| GOODNOTES LIMITED, | § | |
| *Defendant*. | § | |
| | § | |

**ORDER**

Previously, the Court appointed Scott Woloson as the technical advisor to the Court in this action with his costs to be assessed equally between Plaintiff and Defendant and timely paid as billed. The Court has received Mr. Woloson's invoice for services through September 30, 2026, in the amount of $30,817.23 and hereby **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $15,408.62 |
| Defendant: | $15,408.61 |

**SIGNED this 5th day of October, 2026.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE